2:24mj462 DAO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

Eastern District of Kentucky
FILED

MAY 03 2024

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

INDICTMENT NO. 5:24-CR-43-DCR-MAS

████████████████████████
██████████████████████████████
████████████████████████
████████████████████████████████████

**JOSE MANUEL MARTINEZ GOMEZ,**
  **aka MEÑO,**

████████████████████████
██████████████████████████████
████████████████████████████████
████████████████████████

\* \* \* \* \*

## THE GRAND JURY CHARGES:

████████████████

█ ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████

█ ████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████









## COUNT 1
### 18 U.S.C. § 1956(h)
### [Money Laundering Conspiracy]

Beginning in or about August 2018, the exact date being unknown to the Grand Jury, and continuing through on or about May 3, 2024, in Fayette County, in the Eastern District of Kentucky, and elsewhere, the defendants,

Case: 5:24-cr-00043-DCR-MAS Doc #: 30 Filed: 05/07/24 Page: 6 of 19 Page ID#: 195



**JOSE MANUEL MARTINEZ GOMEZ,**
**aka MEÑO,**

did knowingly conspire and agree to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, that is, concealment money laundering, by knowingly conducting and attempting to conduct financial transactions affecting interstate commerce and foreign commerce, which transactions involved the proceeds of specified unlawful activity; that is, to possess with the intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to do so, in violation of Title 21, United States Code, Section 846, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity; and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

Case: 5:24-cr-00043-DCR-MAS *SEALED* Doc #: 1 Filed: 05/03/24 Page: 7 of 19 - Page ID#: 7





Case: 5:24-cr-00043-DCR-MAS *SEALED*   Doc #: 1   Filed: 05/03/24   Page: 8 of 19 - Page ID#: 8

Case: 5:24-cr-00043-DCR-MAS *SEALED* Doc #: 1 Filed: 05/03/24 Page: 9 of 19 - Page ID#: 9





Case: 5:24-cr-00043-DCR-MAS Doc #: 1 Filed: 05/07/24 Page ID: 10 of 19 Page ID#: 299

Case: 5:24-cr-00043-DCR-MAS *SEALED* Doc #: 1 Filed: 05/03/24 Page: 10 of 19 - Page ID#: 10



Case: 5:24-cr-00043-DCR-MAS *SEALED* Doc #: 1 Filed: 05/03/24 Page: 12 of 19 - Page ID#: 12



Case: 5:24-cr-00043-DCR-MAS *SEALED* Doc #: 1 Filed: 05/03/24 Page: 12 of 19 - Page ID#: 12





## COUNT 10
## 18 U.S.C. § 1956(a)(1)(B)(i)
## [Concealment Money Laundering]

████████████████████████████████████████████████████

██████████

From on or about March 16, 2023, and continuing through on or about on or about March 21, 2023, in Boone County, in the Eastern District of Kentucky, and elsewhere,

### JOSE MANUEL MARTINEZ GOMEZ,
### aka MEÑO,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the delivery of $110,00.00 in bulk cash, the subsequent conversion of $107,800.00 in U.S. currency to cryptocurrency (USD Coin or USDC) and wiring to a specified wallet, which involved the proceeds of a specified unlawful activity, that is, to possess with the intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to do so, in violation of Title 21, United States Code, Section 846, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity; and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## COUNT 11
### 18 U.S.C. § 1956(a)(1)(B)(i)
### [Concealment Money Laundering]

███████████████████████████████████████████

████████████

From on or about October 23, 2023, and continuing through on or about on or about November 6, 2023, in Campbell County, in the Eastern District of Kentucky, and elsewhere,

## JOSE MANUEL MARTINEZ GOMEZ,
### aka MEÑO,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the delivery of $70,040.00 in bulk cash, the subsequent conversion of $68,639.20 in U.S. currency to cryptocurrency (USD Coin or USDC) and wiring to a specified wallet, which involved the proceeds of a specified unlawful activity, that is, to possess with the intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and conspiracy to do so, in violation of Title 21, United States Code, Section 846, knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity; and knowing that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of Title 18 U.S.C. § 1956(a)(1)(B)(i).

# FORFEITURE ALLEGATION
## 21 U.S.C. § 853
## 18 U.S.C. § 982(a)(1)

1. The above allegations are incorporated herein for the purpose of alleging Forfeiture.

2. In committing the offenses alleged in ▆▆▆▆▆ of the Indictment, the same being punishable by imprisonment for more than one year, ▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ JOSE MANUEL MARTINEZ GOMEZ, aka MEÑO, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆ shall forfeit to the United States any and all property, real or personal, involved in the violation(s) of 18 U.S.C. §§ 1956 and/or 1957 and any property traceable to such property. Any and all interest that the above-named defendants have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1).

3. The property to be forfeited includes, but is not limited to, the following:

### MONEY JUDGMENT:

A sum equal to the amount involved in the money laundering offenses alleged above.

4. If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been

commingled with other property which cannot be divided without difficulty, the United

States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

**A TRUE BILL**

**FOREPERSON**

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

## PENALTIES

### COUNTS 1-11:

Imprisonment for not more than 20 years, a fine of not more than $500,000, or twice the value of the property involved in the transaction, whichever is greater, and a term of supervised release of not more than 3 years.

**PLUS:**      Mandatory special assessment of $100 per Count.

**PLUS:**      Forfeiture / money judgment as listed.

**PLUS:**      Restitution, if applicable.

AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By JKing1 at 3:16 pm, May 03, 2024

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

<table>
<tr><td>United States of America<br>v.<br>Jose Manuel Martinez Gomez<br>aka MENO<br>Mexico (Calle Reforma #1, Zapotlanejo, Jalisco, MX)<br>DOB: 2/26/1973<br>SSN: N/A<br><i>Defendant</i></td><td>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.   5:24-cr-43-DCR</td></tr>
</table>

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jose Manuel Martin Gomez                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1956(h) Conspiracy to commit money laundering offenses
18:1956(a)(1)(B)(i) Concealment money laundering

Date:      05/03/2024

_____
*Issuing officer's signature*

City and state:      Lexington, KY

Robert R. Carr by Kimberly Marsh, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____

**Print**    **Save As...**    **Reset**